MICHAEL BAILEY
United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2019 MAY 22  PM 4: 41

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-01335 TUC-JGZ(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　　　　Plaintiff,

vs.

Hernan Cazares-Inzunza,

　　　　　　　　Defendant.

I N D I C T M E N T

Violations:

18 U.S.C. § 554(a)
(Smuggling Goods From the United States)
Count 1

18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(False Statements in Connection with Acquisition of Firearm)
Counts 2, 3, 4, 5

18 U.S.C. §§ 922(o) and 924(a)(2)
(Possession of Machineguns)
Count 6

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about December 2016 to on or about March 2019, at or near Tucson, Queen Creek, and elsewhere within the District of Arizona, HERNAN CAZARES-INZUNZA knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit, firearms, including: one Springfield model XDM .45 ACP caliber pistol, serial number MG672164; one Beretta model Pico .380 ACP caliber pistol, serial number

PC026091; one Glock model 17 9mm caliber pistol, serial number ACYU432; one Century Arms Inc. model C39V2 7.62x39mm caliber rifle, serial number C39V2A22276; and ten conversion sears; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about December 17, 2016, at or near Tucson, in the District of Arizona, HERNAN CAZARES-INZUNZA, in connection with the acquisition of a firearm, that is; one Springfield model XDM .45 ACP caliber pistol, serial number MG672164; from SnG Tactical - SnG Arms, doing business as Smoke & Glory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to SnG Tactical - SnG Arms, which statement was intended to deceive SnG Tactical - SnG Arms as to a fact material to the lawfulness of such sale of said firearm to HERNAN CAZARES-INZUNZA under Chapter 44, Title 18, United States Code; in that HERNAN CAZARES-INZUNZA stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

On or about March 27, 2018, at or near Queen Creek, in the District of Arizona, HERNAN CAZARES-INZUNZA, in connection with the acquisition of a firearm, that is; one Beretta model Pico .380 ACP caliber pistol, serial number PC026091; from Ted's Shooting Range, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Ted's Shooting Range, which statement was intended to deceive Ted's Shooting Range as to a fact material to the lawfulness of such sale of said firearm to HERNAN CAZARES-INZUNZA under Chapter 44, Title 18, United States Code; in that HERNAN CAZARES-

INZUNZA stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 4

On or about May 12, 2018, at or near Tucson, in the District of Arizona, HERNAN CAZARES-INZUNZA, in connection with the acquisition of a firearm, that is; one Glock model 17 9mm caliber pistol, serial number ACYU432; from Climags, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Climags, which statement was intended to deceive Climags as to a fact material to the lawfulness of such sale of said firearm to HERNAN CAZARES-INZUNZA under Chapter 44, Title 18, United States Code; in that HERNAN CAZARES-INZUNZA stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5

On or about August 27, 2018, at or near Tucson, in the District of Arizona, HERNAN CAZARES-INZUNZA, in connection with the acquisition of a firearm, that is; one Century Arms Inc. model C39V2 7.62x39mm caliber rifle, serial number C39V2A22276; from SnG Tactical - SnG Arms, doing business as Smoke & Glory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to SnG Tactical - SnG Arms, which statement was intended to deceive SnG Tactical - SnG Arms as to a fact material to the lawfulness of such sale of said firearm to HERNAN CAZARES-INZUNZA under Chapter 44, Title 18, United States Code; in that HERNAN CAZARES-INZUNZA stated that he was the actual transferee/buyer of said firearm, when in fact he was acquiring the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 6

Between on or about January 6, 2019, and March 22, 2019, at or near Tucson, in the District of Arizona, HERNAN CAZARES-INZUNZA did knowingly possess machineguns, that is: ten conversions sears, unknown manufacturer, no serial numbers; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

/s/
Presiding Juror

REDACTED FOR
PUBLIC DISCLOSURE

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

Dated:   May 22, 2019